✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 1 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-248-JCM (GWF) |
| RAYMUNDO RODRIGUEZ-JIMENEZ, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 14, 2011, defendant RAYMUNDO RODRIGUEZ-JIMENEZ pled guilty to Count One of a Five-Count Criminal Indictment charging him with Conspiracy to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and 846.

This Court finds defendant RAYMUNDO RODRIGUEZ-JIMENEZ agreed to the forfeiture of property set forth in Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant RAYMUNDO RODRIGUEZ-JIMENEZ pled guilty.

. . .

. . .

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2  924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United
3  States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code, Section 881(a)(11)
4  and Title 28, United States Code, Section 2461(c):

5      (a)    a Star Firestar 45, .45 caliber semiautomatic handgun with serial number
6              2059799;

7      (b)    any and all ammunition; and

8      ~~(c)    an *in personam* criminal forfeiture money judgment of $12,500.00 in United~~
9              ~~States Currency ("Property").~~

10  This Court finds the United States of America is now entitled to, and should, reduce the
11  aforementioned property to the possession of the United States of America.

12  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
13  United States of America should seize the aforementioned property.

14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
15  RAYMUNDO RODRIGUEZ-JIMENEZ in the aforementioned property is forfeited and is vested in
16  the United States of America and shall be safely held by the United States of America until further
17  order of the Court.

18  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
19  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
20  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
21  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
22  the name and contact information for the government attorney to be served with the petition, pursuant
23  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

24  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
25  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
26  . . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
2  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
3  following address at the time of filing:

> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney
> MICHAEL A. HUMPHREYS
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
9  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
10 following publication of notice of seizure and intent to administratively forfeit the above-described
11 assets.
12  DATED this 14th day of Feb., 2011.

_____
UNITED STATES DISTRICT JUDGE