FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RAYMUNDO RODRIGUEZ-JIMENEZ, )<br>)<br>Defendant. )<br>) | 2:10-CR-248-JCM (GWF) |

### FINAL ORDER OF FORFEITURE

On February 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title 21, United States Code, Section 881(a)(11); and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant Raymundo Rodriguez-Jimenez to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant Raymundo Rodriguez-Jimenez pled guilty. Docket #50,51.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law consecutively from March 1, 2011 through to March 30, 2011, via the official government internet forfeiture site, www.forfeiture.gov notifying all known third parties of their right to petition the Court. Docket #60.

. . .

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

    This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B); Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title 21, United States Code, Section 881(a)(11); and Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a) a Star Firestar 45, .45 caliber semiautomatic handgun with serial number 2059799;

    b) any and all ammunition; and

    ~~c) an in personam criminal forfeiture money judgment of $12,500.00 in United States currency.~~

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

    DATED this 11th day of July, 2011.



UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Dana A. Chrystall, Forfeiture Support Associate Paralegal III, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on May 11, 2011, by the below identified method of service:

CM/ECF

Travis E. Shetler
Travis E. Shetler, PC
844 E. Sahara Ave.
Las Vegas, NV
Email: trafisshetler@gmail.com

Brenda Weksler
Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Email: Karen_Brokaw@fd.org

Jason F. Carr
Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org

Raquel Lazo
Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Email: Raquel_Laso@fd.org

Rebecca A. Rosenstein
Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org

/s/ Dana A. Chrystall
Dana A. Chrystall
Forfeiture Support Associate Paralegal III