1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                           **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )
                                        )
9                      Plaintiff,       )
          v.                            )
10                                      )   2:10-CR-248-JCM (GWF)
    RAYMUNDO RODRIGUEZ-JIMENEZ,         )
11                                      )
                                        )
12                     Defendant.       )

13                    **AMENDED FINAL ORDER OF FORFEITURE**

14       On February 14, 2011, the United States District Court for the District of Nevada entered a
15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United
16 States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c);
17 Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and Title 21, United States Code,
18 Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty
19 by defendant Raymundo Rodriguez-Jimenez to a criminal offense, forfeiting specific property
20 alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to
21 which defendant Raymundo Rodriguez-Jimenez pled guilty. (Indictment, ECF No. 16; Change of
22 Plea Minutes, ECF No. 49; Preliminary Order of Forfeiture, ECF No. 50; Plea Memorandum, ECF
23 No. 51).
24 . . .
25 . . .
26 . . .

1  This Court finds the United States of America published the notice of the forfeiture in
2  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,
3  consecutively from March 1, 2011, through March 30, 2011, notifying all known third parties of their
4  right to petition the Court. (Notice of Filing Proof of Publication, ECF No. 60).

5  This Court finds no petition was filed herein by or on behalf of any person or entity and the
6  time for filing such petitions and claims has expired.

7  This Court finds no petitions are pending with regard to the assets named herein and the time
8  for presenting such petitions has expired.

9  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
10 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
11 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
12 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United
13 States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); and
14 Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c),
15 and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

16  a) a Star Firestar 45, .45 caliber semiautomatic handgun with serial number 2059799;
17  b) any and all ammunition; and
18  c) an *in personam* criminal forfeiture money judgment of $12,500.00 in United States
19  currency.

20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED March 22, 2012.

_____
UNITED STATES DISTRICT JUDGE